UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF WASHINGTON

| | |
|---|---|
| DONALD BAILEY, an individual,<br><br>        Plaintiff,<br><br>    v.<br><br>SENTINEL INSURANCE COMPANY, LTD., a foreign insurance company,<br><br>        Defendant. | No. CV-11-0183-EFS<br><br>**ORDER GRANTING STIPULATED MOTION FOR DISMISSAL, AND CLOSING FILE** |

By Stipulation filed September 2, 2011, the parties agree that the above-titled cause of action can be dismissed with prejudice and without costs or attorneys' fees to either party. ECF No. 5. Based on the parties' stipulation, **IT IS HEREBY ORDERED:**

1. The above-titled cause of action is **DISMISSED WITH PREJUDICE** and without fees or costs to either party.

2. All pending motions are **DENIED as moot**.

3. All hearings are **STRICKEN**.

///

///

///

//

//

/

1    4. This file shall be **CLOSED**.

2    **IT IS SO ORDERED.** The District Court Executive is hereby directed
3 to enter this Order and furnish copies to counsel.

4    **DATED** this ___6th___ day of September 2011.

5

6                              s/ Edward F. Shea
                             EDWARD F. SHEA
7                       UNITED STATES DISTRICT JUDGE

8  Q:\Civil\2011\0183.settle.close.lc1a.frm

ORDER CLOSING FILE - 2